UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **Benoit** | Civil Action No. 19-00494 |
| **versus** | Judge Michael J Juneau |
| **Norris International Services LLC et al** | Magistrate Judge Carol B Whitehurst |

## JUDGMENT

For the reasons contained in the Amended Report and Recommendation of the Magistrate Judge filed previously herein [Rec. Doc. 24], after an independent review of the record, and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss For Failure to State A Claim filed by defendant, Norris International Services L.L.C., [Rec. Doc. 8], is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of October, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE